

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00087-CV

Javon **DUKES**,
Appellant

v.

Ana **LITOFSKY** and Michael Litofsky,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV00365
Honorable Tommy Stolhandske, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: May 6, 2020

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due to be filed by March 16, 2020. Neither the brief nor a motion for extension of time was filed. By order dated March 24, 2020, appellant was ordered to file his brief and to show cause in writing by April 8, 2020, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM